# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

United States District Court
Southern District of Texas
FILED
SEP - 4 2016
David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Marisol SOSA
YOB: 1980
COC: Mexico

McAllen Division

## CRIMINAL COMPLAINT
Case Number: M-16-1636-M

Name and Address of Defendant

I the undersigned complainant, state the following is true and correct to the best of my knowledge and belief. On or about **September 3, 2016** in **Hidalgo** County, in the **Southern** District of **Texas** defendant(s) did,

knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States i violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law and brought the alien for the purpose of commercial advantage or private gain,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii) & 1324(a)(2)(B)(ii)**
I further state that I am a(n) **Customs and Border Protection Officer** and that this complaint is based on the following facts:

On 09/03/2016, Marisol SOSA, a Resident Alien of the United States and driver of the vehicle, attempted to bring into the United States through the Hidalgo, Texas Port of Entry, minor J.C.L.T. (9 years old), a Mexican citizen, as a United States citizen. In order to deceive U.S. Customs and Border Protection Officers, the defendant claimed the child as her own, that he was a United States citizen and presented a State of Texas birth certificate bearing her true child's name as proof. Both were referred to secondary for further inspection.

During secondary inspection the defendant admitted that the child was not her son, to not knowing the child's name and that he did not have documents to enter the United States. She went on to say that she had met the child's mother Blanca, through her sister in law. She claimed that Blanca propositioned her to bring her child into the United States illegally. The defendant admitted that on 09/01/2016, Blanca went to her residence and paid her $1,000 dollars and that she was to receive an additional $500.00 dollars once the child was delivered to his mother who resides in Austin, Texas. She further stated that she had traveled to Reynosa, Mexico from Austin, and took custody of the child at the bus station, then drove to the Hidalgo, Port of Entry and claimed the child was her five year old son.

Records checked revealed the child did not have any documents to enter the United States. He was transported to the Ursula Juvenile Holding Center for temporary housing.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Sworn to before me and subscribed in my presence,

Signature of Complainant
**Nidia Trevino**
Printed Name of Complainant

Approved By: **K. Reese**

**September 4, 2016** 4:06pm at **McAllen, Texas**
Date                                              City and State

**Peter E. Ormsby**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer